DONALD L. WILKERSON   #5730
Attorney at Law

P.O. Box 42
Laupahoehoe, Hawaii   96764
Telephone:   (808) 533-4447

Attorney for Defendant Kaulana Freitas

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO.   19-00099 DKW |
|---|---|---|
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION; 1st |
| | ) | AMENDED MOTION FOR |
| VS. | ) | WITHDRAWAL AND |
| | ) | SUBSTITUTION OF COUNSEL; |
| KAULANA FREITAS, | ) | DECLARATION OF |
| | ) | WITHDRAWING CJA COUNSEL |
| Defendant. | ) | DONALD L. WILKERSON; |
| | ) | CERTIFICATE OF SERVICE |
| _____ | ) | |

## NOTICE OF MOTION

TO:   MARK INCIONG
      Assistant U.S. Attorney
      PJKK Federal Building
      300 Ala Moana Blvd., Room #6100
      Honolulu, Hawaii 96850
      mark.inciong@usdoj.gov

   PLEASE TAKE NOTICE that the foregoing Motion will be heard by the

Honorable Kenneth J. Mansfield, in his courtroom in the United States Courthouse,

300 Ala Moana Boulevard, Honolulu, Hawaii, on _____,

or as soon thereafter as counsel may be heard.

                                                                                          _____
                                                                                          DONALD L. WILKERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.   19-00099 DKW |
| | ) | |
| Plaintiff, | ) | 1ST AMENDED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| vs. | ) | |
| | ) | |
| KAULANA FREITAS, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

# 1ST AMENDED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW DONALD L. WILKERSON, CJA panel attorney, and hereby moves to withdraw as CJA counsel for Defendant KAULANA FREITAS, and have substitute CJA counsel appointed.

This motion is made pursuant to Defendant's request and is supported by the accompanying declaration of withdrawing CJA counsel DONALD L. WILKERSON.

Dated:    Honolulu, Hawaii, September 28, 2021.

_____
DONALD L. WILKERSON
Withdrawing CJA Counsel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  19-00099 DKW |
| | ) | |
| Plaintiff, | ) | DECLARATION OF WITHDRAWING |
| | ) | CJA COUNSEL DONALD L. |
| vs. | ) | WILKERSON |
| | ) | |
| KAULANA FREITAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF WITHDRAWING CJA COUNSEL DONALD L. WILKERSON**

I, DONALD L. WILKERSON, declare:

1. I am licensed to practice before all of the Courts in the State of Hawaii, and I am the Attorney of record for KAULANA FREITAS.

2. Defendant has requested that Declarant withdraw from his case and that new counsel be appointed.

3. Therefore, Declarant respectfully requests that his Motion to Withdraw and Substitute CJA Counsel be granted.

4. I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, September 28, 2021.

_____
DONALD L. WILKERSON
Withdrawing CJA Counsel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  19-00099 DKW |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| KAULANA FREITAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the attached document was delivered to the following named parties at the time of filing by electronic filing:

Mark Inciong
Assistant U.S. Attorney
P.J.K.K. Federal Building
300 Ala Moana Boulevard, Room #6100
Honolulu, Hawaii 96850
mark.inciong@usdoj.gov

      Dated: Honolulu, Hawaii, September 28, 2021.

                                            DONALD L. WILKERSON