FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jan 03, 2022, 3:07 pm
Michelle Rynne, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 19-00099 DKW-KJM-03 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Abstract of Release |
| vs. | ) | |
| | ) | |
| KAULANA FREITAS , | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of <u>December 16, 2021</u>, the Court entered the following order:

_____ Defendant to be released from custody forthwith

_____ Released to / continued on pretrial release

_____ Sentenced to time served

_____ Case Dismissed

_____ Released to / continued on supervised probation / unsupervised probation

_____ Released to / continued on supervised release

✓ Defendant to be released once bond conditions are met.  As conditions have been met effective **January 5, 2022**, defendant to be released forthwith.

_____ Bench warrant recalled

_____ Other:

Michelle Rynne, Clerk of Court

_____

by     /s/ EA, Deputy Clerk